UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEVEN J. HAYES    :  CIVIL NO. 3:16CV00377 (AWT)

 v.         :

DR. CARSON WRIGHT, ET AL.  :  NOVEMBER 13, 2017

<u>**APPENDIX A**</u>
<u>**VOIR DIRE QUESTIONS**</u>

1. The plaintiff in this matter is a convicted felon.  The defendants are present or former State of Connecticut, Department of Correction, Correctional Managed Health Care employees officials.  Would any of you have trouble sitting on such a case brought by a current state prisoner?

2. Earlier, I read to you a short statement about what this case is about.  Is there anything about what you have heard which makes you believe you would have difficulty being fair and impartial in considering such a case?

3. Do you or does any member of your family know the plaintiff, defendants, attorneys, or any of the named witnesses in this case?

4. This case involves a claim by a prison inmate alleging that his constitutional rights were violated by physicians working for Correctional Managed Health Care whose job is was to provide medical care to inmates.  The defendants are physicians.  Have you or has any member of your family had any experience with any prison, prisoner or prison official, or any state or local police officer, physician, or member of the medical profession which would prevent you from considering the evidence impartially and fairly?

5.     The Court will instruct you on the law which you are to apply to the facts as you find them.  One of these instructions will be that the burden of proof on all material facts rests on the plaintiff.  Does anyone believe that they will have trouble accepting that instruction?

6.     The Court will instruct you on the law which you are to apply to the facts as you find them.  One of these instructions will be that the plaintiff must prove more than negligence and that he must prove that the defendants acted with deliberate indifference to a serious medical need.  Does anyone believe that they will have trouble accepting that instruction?

7.     Does anyone believe that monetary damages must be awarded to the plaintiff just because he has filed a lawsuit?  Does anyone believe that monetary damages must be awarded to a plaintiff just because he claims he has been injured?

8.     A portion of the testimony in this case will come from prison employees, and prison medical professionals.  Have you or has any member of your family had a personal experience which would make it difficult for you to believe their testimony?

9.     Is any member of your family an attorney?

10.    Do you or does any member of your family work for an attorney?

11.    The Court will instruct you that each defendant must be judged on the basis of his own conduct.  The actions of one defendant cannot be imparted to another.  Does anyone believe that they will have difficulty accepting that instruction?

12.        Have you been in a dispute with the State, a state official or law enforcement officer?

13.    Have you ever filed a claim for money damages?

14.    Have you ever been a party in a lawsuit or has any member of your family ever been a party in a lawsuit?

15.    Have you ever served on a jury before?  If so, please identify the location and nature of the case or cases on which you served.

6    Do you know anything about this case which would prevent you from deciding this case based upon the evidence and the Court's instructions?

17.    Have you, or has any member of your family or any person close to you, ever been arrested by a police officer?

18.    Have you, or has any member of your family or any person close to you, ever been incarcerated?

19.    Have you, or has any member of your family, ever filed a formal or informal complaint against a physician or other medical professional?   If so, please describe the circumstances surrounding the complaint and the outcome thereof.

20.    Have you, or has any member of your family, ever filed a formal or informal complaint against a correctional employee?  If so, please describe the circumstances surrounding the complaint and the outcome thereof?

21.    Have you, or has any member of your family ever felt that your or their constitutional rights were violated by a police officer or a correction officer? If so, please explain the circumstances.

3

22.     Have you ever been arrested?  Held in jail?  Visited someone in jail?  If so, do you feel that this fact would influence your ability to render an impartial verdict in this case?

23.     Have you, or has any member of your family ever been employed as a medical professional?  If so, please explain in what capacity and what the circumstances were, if any, which led to the termination of that employment.

24.     Have you, or has any member of your family ever been employed as a law enforcement official?  If so, please explain in what capacity and what the circumstances were, if any, which led to the termination of that employment.

25.     Do you believe that, in general, physicians and other medical professionals have a tendency to abuse their authority?

26.     Do you or does anyone you know work for the State of Connecticut?  If so, who?  In what capacity are they employed by the State of Connecticut?

27.     Have you ever been a victim of crime?   If so, describe the circumstances.  Could you still be fair and impartial and decide the case solely on the evidence?

28.     Have you ever witnessed a crime?

29.     Do you feel that the country's legal system has broken down and that the state officials and medical professionals have more rights than others?  Could you put aside your personal feelings and beliefs and decide the case fairly - only on the evidence in the case?

30.     Do you feel that the State's prisons routinely subject prisoners to inhumane treatment or excessive punishment?

31.     Have you or has any member of your family ever been sued by the State of Connecticut or any other governmental agency?

32.     Have you or has any member of your family ever brought suit against the State of Connecticut or any other governmental agency?

33.     Have you, or any member of your family, ever been involved in what you consider to be a negative or unpleasant experience with a prison official, physician, or other member of the medical profession?  If so, do you feel that this experience would make it difficult for you to be fair and impartial in deciding this case?

34.     Have you, or any member of your family, ever filed a complaint against a physician, nurse or other medical practitioner?  If so, please describe the circumstances surrounding the complaint and the outcome thereof.

35.     Does anyone here have any feelings or beliefs that a medical professional employed by the Connecticut Department of Correction would be any less competent or less diligent than other medical professionals simply because they work for the Department of Correction?

36.     Have any of you heard or read anything about the Department of Correction, Correctional Managed Health Care, or its employees which would in any way interfere with your ability to be objective and impartial in this case?

37.     Are you now or were you ever in the position of supervising others in an employment context?

38     Did you ever participate in any fashion in a civil lawsuit -- as a plaintiff, a defendant or a witness?  What were the details of the lawsuit?  How did you feel about the process?  Did you feel the monetary award, if any, was fair?

39.     Do you feel that if a prisoner is representing himself in a civil lawsuit, then the person he is suing must have done something wrong?

40.     Is there any reason that you could not give your full attention to this trial?

41.     Do you think that experience would affect in any way your deliberations as a juror in this matter?  Would you tend to believe one party more than another simply by virtue of their positions in this lawsuit?

42.     Do you have any particular feeling about prisoner lawsuits?

43.     Do you have any particular feelings about prisoners generally?

44.     Do you have any feeling about law enforcement personnel, correction officers?

45.      Do you feel prison employees are more worth or less worthy of belief than anyone else?

46.     Do you belong to any clubs or organizations?  What are they?  Any groups that deal with prison issues?

47.     How did you feel when you received jury notice?

48.     Do you want to serve on a jury?

49     Why?

50.     How far did you go in school?

51.    Is there any reason why you could not be fair and impartial, putting aside all of your prejudices and preconceived notions and decide this case solely on the evidence introduced at trial and strictly follow the Court's instructions as to the law to be applied to the facts?

DEFENDANTS
William Mulligan, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY: /s/ *Madeline A. Melchionne*
Madeline A. Melchionne
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-mail:madeline.melchionne@ct.gov
Federal Bar #ct02029

BY: /s/ *Steven R. Strom*
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-mail:  steven.strom@ct.gov
Federal Bar #ct01211

## CERTIFICATION

I hereby certify that on November 13, 2017, a copy of the foregoing was filed electronically.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.   A copy was also mailed to the following:

Steven Hayes
CT Inmate no. 97425
PA Inmate no. MQ5447
SCI at Greene
175 Progress Drive
Waynesburg, PA 15370


_/s/ Madeline A. Melchionne_____
Madeline A. Melchionne
Assistant Attorney General