UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN J. HAYES | : | CIVIL NO. 3:16CV00377 (AWT) |
| v. | : | |
| DR. WRIGHT, ET AL. | : | JANUARY 31, 2018 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OFFER OF SETTLEMENT**

Plaintiff sent a letter to defendants' counsel offering to settle all of the matters he has pending before this Court.  These matters include Hayes v. Mulligan ,et al, 3:16CV915(AWT) , Hayes v Arnone, et al, 3:16CV357(AWT), and the instant action.  Plaintiff sent a letter inquiring into settlement to this Court as well.

While the defendants are mindful and appreciative of the resources and costs required to litigate civil actions in the United States District Court, the defendants are unwilling to settle these matters.

DEFENDANTS
Dr. Wright, et al.

GEORGE JEPSEN
ATTORNEY GENERAL


BY: /s/ *Madeline A. Melchionne*
Madeline A. Melchionne
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct02029
E-Mail:  madeline.melchionne@ct.gov

Tel.: (860) 808-5450<br>
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on January 31, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Steven J. Hayes, MQ#5447
SCI – Greene
175 Progress Drive
Waynesburg, PA 15370

*/s/ Madeline A. Melchionne*
Madeline A. Melchionne
Assistant Attorney General