UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
STEVEN J. HAYES               :   Civ. No. 3:16CV00377(SALM)
                              :
v.                            :
                              :
CARSON WRIGHT, et al.         :
                              :
------------------------------x

------------------------------x
                              :
STEVEN J. HAYES               :   Civ. No. 3:16CV00915(SALM)
                              :
v.                            :
                              :
WILLIAM MULLIGAN, et al.      :
                              :   February 23, 2018
------------------------------x
```

**MEMORANDUM OF FEBRUARY 23, 2018, TELEPHONIC STATUS CONFERENCE**

On December 5, 2017, the parties in the above-captioned cases consented to the jurisdiction of the undersigned. See Hayes v. Wright, 16CV377(SALM) (hereinafter the "Soy Case") at Doc. #56; see also Hayes v. Mulligan, 16CV915(SALM) (hereinafter the "Retaliation Case") at Doc. #41. In light of the parties' consent, the Court scheduled a telephonic status conference for February 23, 2018, to discuss the schedule for proceeding to trial in both of these matters. See Soy Case at Doc. #58; Retaliation Case at Doc. #42. Self-represented plaintiff Steven J. Hayes ("plaintiff") and Assistant Attorney General Madeline Melchionne, counsel for defendants in each of the two cases, participated in this conference. The below memorializes the pertinent discussions held

on the record during the February 23, 2018, telephonic status conference.

The Court first addressed the issue of appointment of counsel for plaintiff. As discussed on the record, plaintiff seeks the appointment of counsel and a medical expert in the Soy Case. The Court will seek the appointment of pro bono counsel for plaintiff in the Soy Case for the purposes of trial. As discussed with plaintiff, the Court cannot guarantee that it will be able to locate counsel willing to try the Soy Case without a fee. Plaintiff should be prepared to continue to pursue the Soy Case on his own until and unless pro bono counsel is appointed. Once the issue of counsel has been addressed, the Court will consider plaintiff's Motion to Appoint Medical Expert. See Soy Case at Doc. #57. At this time, the Court does not anticipate appointing pro bono counsel to represent plaintiff in the Retaliation Case. If plaintiff believes that circumstances have changed such to warrant the appointment of counsel in that case, then plaintiff may file the appropriate motion.

As to the scheduling of trial in the Soy Case and the Retaliation Case, the Court intends to summon one jury pool for both cases. This pool will then answer a jury questionnaire, from which individuals will be pre-screened for separate jury selections in each case. This pre-screening will occur on **August 8**

**and 9, 2018.** The parties shall file their proposed voire dire, in both the Soy and Retaliation Cases, on or before **June 1, 2018.**

The Court has tentatively scheduled jury selection in the Soy Case for **September 24, 2018,** with trial to follow on **October 3, 4, and 5, 2018.** The Court will revisit these dates in the event the Court secures pro bono counsel for plaintiff in that case. Separate calendars will issue closer to the trial dates.

As to the Retaliation Case, as discussed on the record, this case could lend itself to motion practice prior to trial. Defendants shall file any motion for summary judgment on or before **April 18, 2018.** Plaintiff's response thereto shall be filed on or before **May 18, 2018.**

The Court has scheduled jury selection in the Retaliation Case for **October 23, 2018,** with trial to follow on **October 25, 26, 29, 30, and 31, 2018.** Separate calendars will issue closer to the trial dates.

Going forward, the Court will schedule periodic telephone conferences with plaintiff and defense counsel for purposes of setting interim pretrial deadlines and scheduling the pretrial conference. Separate calendars will issue.

SO ORDERED at New Haven, Connecticut, this 23rd day of February, 2018.

                                      /s/
                                  HON. SARAH A. L. MERRIAM
                                  UNITED STATES MAGISTRATE JUDGE