UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| STEVEN J. HAYES | : | |
| PLAINTIFF | : | CASE NO: |
| | : | 3:16-CV-00377-SALM |
| v. | : | |
| CARSON WRIGHT | : | |
| DEFENDANT | : | |
| | : | MARCH 29, 2018 |

**MOTION FOR EXTENSION OF TIME TO
REPLY TO ORDER TO SHOW CAUSE**

The undersigned respectfully requests an extension of time of one (1) week up to and including April 6, 2018 in order to file a response to the Order to Show Cause. The undersigned has been in contact with the Office of the Attorney General of the State of Connecticut to determine whether counsel is able to represent the Plaintiff in this claim due to a conflict of interest and whether the conflict of interest is waivable. Counsel respectfully requests an extension of one (1) week in order to obtain such an opinion and file a response with the Court.

THE UNDERSIGNED

/s/Timothy J. Lee
TIMOTHY J. LEE
FASANO, IPPOLITO, LEE & FLOREN
 FLORENTINE, LLC
388 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE NO. 203-787-6555
FAX NO. 203-776-2119
Federal Bar No. ct15118

## CERTIFICATION OF SERVICE

I hereby certify that copies of the foregoing were sent by first class mail, postage prepaid or electronically to the following:

**Steven R. Strom**
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

**Madeline A. Melchionne**
Attorney General's Office
Public Safety & Special Revenue
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

/s/Timothy J. Lee
Timothy J. Lee