UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| STEVEN J. HAYES | : | |
| PLAINTIFF | : | CASE NO: |
| | : | 3:16-CV-00377-SALM |
| v. | : | |
| CARSON WRIGHT | : | |
| DEFENDANT | : | |
| | : | APRIL 12, 2018 |

**REPLY TO ORDER TO SHOW CAUSE**

The undersigned hereby gives notice that he has received notice from the Office of the Attorney General for the State of Connecticut that it will not waive the conflict of interest in this matter. Counsel appreciates the Court's allowance of counsel the opportunity to obtain a determination from the State. Counsel respectfully requests that the Court allow him to be excused from representing the Plaintiff in this matter.

THE UNDERSIGNED

/s/Timothy J. Lee
TIMOTHY J. LEE
FASANO, IPPOLITO, LEE & FLOREN
 FLORENTINE, LLC
388 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE NO. 203-787-6555
FAX NO. 203-776-2119
Federal Bar No. ct15118

## CERTIFICATION OF SERVICE

I hereby certify that copies of the foregoing were sent by first class mail, postage prepaid or electronically to the following:

**Steven R. Strom**
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

**Madeline A. Melchionne**
Attorney General's Office
Public Safety & Special Revenue
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

/s/Timothy J. Lee
Timothy J. Lee